# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of November, two thousand and thirteen.

Before:       Robert A. Katzmann,
                   *Chief Judge.*

---

NML Capital, LTD.,

   Plaintiff- Appellee,

       v.

The Republic of Argentina,

   Defendant- Appellant.

**ORDER**
Docket No. 13-4054

---

Aurelius Capital Master, LTD., ACP Master, LTD.

    Plaintiff-Appellee,

       v.

The Republic of Argentina,

   Defendant-Appellant.

Docket Nos. 13-4059(L)
13-4227(Con)

---

NML Capital, LTD.,

   Plaintiff- Appellee,

       v.

The Republic of Argentina,

   Defendant- Appellant.

Docket No. 13-4063

---

NML Capital, LTD.,

   Plaintiff- Appellee,                                Docket No. 13-4068

        v.

The Republic of Argentina,

   Defendant- Appellant.

_____

NML Capital, LTD.,

   Plaintiff- Appellee,                                Docket No. 13-4075

        v.

The Republic of Argentina,

   Defendant- Appellant.

_____

Aurelius Capital Master, LTD.,
ACP Master, LTD.

    Plaintiff-Appellee,

        v.                                Docket Nos. 13-4082(L)
                                                     13-4229(Con)

The Republic of Argentina,

   Defendant-Appellant

_____

Aurelius Opportunities Fund II, LLC
Aurelius Capital Master, LTD.,


   Plaintiffs-Appellees,

        v.                                Docket Nos. 13-4085(L)
                                                     13-4360(Con)

The Republic of Argentina,

   Defendant-Appellant.

_____

Blue Angel Capital I LLC,

    Plaintiffs-Appellees,

        v.

The Republic of Argentina,

    Defendant-Appellant.

Docket No. 13-4086

_____

Aurelius Capital Master, LTD.,
Aurelius Opportunities Fund II, LLC,

    Plaintiffs-Appellees,

        v.

The Republic of Argentina,

    Defendant-Appellant.

Docket Nos. 13-4088(L)
             13-4213(Con)

_____

NML Capital, LTD.,

    Plaintiff- Appellee,

        v.

The Republic of Argentina,

    Defendant- Appellant.

Docket No. 13-4089

_____

Blue Angel Capital I LLC,

    Plaintiff -Appellee ,

        v.

The Republic of Argentina,

    Defendant-Appellant.

Docket No. 13-4090

_____

NML Capital, LTD.,

    Plaintiff- Appellee,                                          Docket Nos. 13-4109(L)
                                                                                                  13-4349(Con)
        v.

The Republic of Argentina,

    Defendant- Appellant.

────────────────────────────────────────────

NML Capital, LTD.,

    Plaintiff- Appellee,                                          Docket No. 13-4110

        v.

The Republic of Argentina,

    Defendant- Appellant.

────────────────────────────────────────────

NML Capital, LTD.,

    Plaintiff- Appellee,                                          Docket Nos. 13-4112(L)
                                                                                                  13-4353(Con)
        v.

The Republic of Argentina,

    Defendant- Appellant.

────────────────────────────────────────────

Lydia and Dieter Scheck

    Plaintiffs Appellees                                          Docket No. 13-4114

        v.

The Republic of Argentina,

    Defendant- Appellant.

────────────────────────────────────────────

Aurelius Capital Master, LTD.,
Aurelius Opportunities Fund II, LLC,

    Plaintiffs-Appellees,

        v.

The Republic of Argentina,

    Defendant-Appellant.

Docket Nos. 13-4116(L)
13-4270(Con)

_____

NML Capital, LTD.,

    Plaintiff- Appellee,

        v.

The Republic of Argentina,

    Defendant- Appellant.

Docket No. 13-4118

_____

NML Capital, LTD.,

    Plaintiff- Appellee,

        v.

The Republic of Argentina,

    Defendant- Appellant.

Docket No. 13-4119

_____

Blue Angel Capital I LLC,

    Plaintiff -Appellee ,

        v.

The Republic of Argentina,

    Defendant-Appellant.

Docket Nos. 13-4120(L)
13-4248(Con)

_____

NML Capital, LTD.,

   Plaintiff- Appellee,                                     Docket Nos. 13-4122(L)

                                                                            13-4269(Con)

       v.

The Republic of Argentina,

   Defendant- Appellant.

_____

Aurelius Capital Partners, LP, Aurelius Capital Master, LTD.,

    Plaintiff -Appellee ,

                                                                            Docket No. 13-4123

       v.

The Republic of Argentina,

   Defendant-Appellant.

_____

Aurelius Capital Master, LTD., Aurelius Opportunities Fund II, LLC,

    Plaintiffs-Appellees,

                                                                     Docket Nos. 13-4124(L)

      v.                                                           13-4237(Con)

The Republic of Argentina,

   Defendant-Appellant.

_____

Aurelius Capital Partners, LP, Aurelius Capital Master, LTD.,

    Plaintiff -Appellee ,

                                                                             Docket No. 13-4125

      v.

The Republic of Argentina.

   Defendant-Appellant,

_____

Blue Angel Capital I LLC,

    Plaintiff -Appellee ,

        v().                                                                                                 Docket No. 13-4214

The Republic of Argentina,

    Defendant-Appellant.
_____

Pablo Alberto Varela, et al.,

    Plaintiffs-Appellees,

        v.                                                                                                  Docket No. 13-4246

The Republic of Argentina,

    Defendant-Appellant.
_____

Olifant Fund, LTD.,

    Plaintiff-Appellee,

        v.                                                                                                  Docket No. 13-4272

The Republic of Argentina,

    Defendant-Appellant.
_____

    Appellant Republic of Argentina moves for consolidation of the above-referenced appeals.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                For the Court:

                                               Catherine O'Hagan Wolfe,
                                               Clerk of Court

